NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLERGAN, INC.,**
*Plaintiff-Cross Appellant,*

v.

**SANDOZ INC., ALCON LABORATORIES, INC.,
ALCON RESEARCH, LTD., ALCON, INC.,
AND FALCON PHARMACEUTICALS, LTD.,**
*Defendants-Appellants,*

AND

**APOTEX INC. AND APOTEX CORP.,**
*Defendants-Appellants,*

AND

**WATSON LABORATORIES, INC.,**
*Defendant-Appellant.*

---

2011-1619, -1620, -1635, -1639, 2012-1005, -1013

---

Appeals from the United States District Court for the Eastern District of Texas in consolidated case no. 09-CV-0097, Judge T. John Ward.

---

**ON MOTION**

---

## ORDER

Allergan, Inc. moves for an unopposed 9-day extension of time, until January 6, 2012, to file its response to the appellants' motion to dismiss plaintiff-cross appellant's cross appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

DEC 2 0 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jonathan E. Singer, Esq.
Deanne E. Maynard, Esq.
Robert B. Breisblatt, Esq.
Gary E. Hood, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 0 2011

JAN HORBALY
CLERK